IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PHILLIP E. PAYNE, et al.,** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION 05-0330-WS-M |
| ) | |
| **FORTIS INSURANCE COMPANY, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

**ORDER**

In accordance with the stipulation filed by all remaining parties, (Doc. 2), this action is **dismissed with prejudice**.

DONE and ORDERED this 1st day of August, 2005.

                                                    s/ WILLIAM H. STEELE
                                                    UNITED STATES DISTRICT JUDGE